IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Applicant, | ) ) | |
| v. | ) ) | Civil Action No. 16-9770 |
| PERSONNEL STAFFING GROUP, LLC, D/B/A MOST VALUABLE PERSONNEL | ) ) ) | Judge Kennelly |
| Respondent. | ) ) ) | |

## JOINT STATUS REPORT

1.  Counsel for EEOC, Ann Henry, and counsel for Personnel Staffing Group, LLC, d/b/a Most Valuable Personnel (MVP), Elliot Richardson and Britney Zilz, conferred about request 3 of EEOC's subpoena on December 13 and 14, 2016. On December 14, 2016, the parties jointly called MVP's software vendor, TempsPlus, to discuss how MVP could provide the information sought in request 3. On December 15, 2016, Henry, Zilz, and MVP counsel Carter Korey, spoke again about the subpoena.

2.  MVP has concluded that it can provide the information the EEOC requested in item 3 and will not continue to object that the request poses an undue burden.

3.  The parties have agreed that MVP should provide all information responsive to the subpoena no later than Tuesday, January 31, 2017.

December 16, 2016                                         Respectfully Submitted,

For EEOC:                                                          For Personnel Staffing Group, LLC


/s/ Ann Henry                                                     /s/ Carter A. Korey
Ann Henry                                                          Carter A. Korey

1

| | |
|---|---|
| ARDC # 6272394 | Elliot Richardson |
| U.S. Equal Employment Opportunity Commission | Britney Zilz |
| | Korey Richardson LLC |
| 500 West Madison St., Ste. 2000 | 20 S. Clark St., Suite 500 |
| Chicago, IL  60661 | Chicago, IL 60603 |
| 312-869-8098 | (312) 372-7075 |
| ann.henry@eeoc.gov | ckorey@koreyrichardsonlaw.com |